HALL GRIFFIN LLP
JEREMY T. KATZ, State Bar No. 267361
  *jkatz@hallgriffin.com*
ERIC V. ANDERTON, State Bar No. 275938
  *eanderton@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

Attorneys for BYRON BELIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BYRON BELIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>STARZ ENTERTAINMENT, LLC, a Colorado limited liability company; LIONS GATE ENTERTAINMENT INC., a Delaware corporation; CURTIS J. JACKSON III aka 50 CENT, an individual; G-UNIT BRANDS, INC., a New York corporation; and G-UNIT FIL & TELEVISION, INC., a New York corporation,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTION | CASE NO. 2:21-cv-09586-FWS-PLAx<br><br>JUDGE:     Fred W. Slaughter<br><br>**PLAINTIFF AND CROSS-DEFENDANT BYRON BELIN'S ANSWER TO COUNTERCLAIMS**<br><br>COMPLAINT FILED: 12/10/2010<br>CROSS-COMPLAINT<br>FILED:                      12/10/2010<br>TRIAL DATE:          None Set |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Plaintiff and Cross-Defendant BYRON BELIN ("Plaintiff" and/or "Cross-Defendant") answers the Counterclaims of Defendants and Cross-Complainants Defendants and Counterclaimants STARZ ENTERTAINMENT, LLC, ("STARZ"); LIONS GATE ENTERTAINMENT INC., ("LIONS GATE"); CURTIS J. JACKSON III aka 50 CENT, ("JACKSON III"); G-UNIT BRANDS, INC., ("G-BRANDS"); and G-

UNIT FILM & TELEVISION, INC., ("G-FILM") (collectively "Defendants" and/or "Cross-Complainants").  Cross-Defendant hereby states as follows:

Cross-Defendant denies each allegation contained in the Cross-Complaint (Ct. Dck. 97), except as specifically admitted or explained herein.  To the extent that the headings or any other non-numbered statements in the Cross-Complaint contain any allegations, Cross-Defendant denies each allegation.

## AFFIRMATIVE DEFENSES

Plaintiff and Cross-Defendant pleads the following separate defenses. Plaintiff and Cross-Defendant reserves the right to assert additional affirmative defenses that discovery indicates are proper.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1. As a separate and first affirmative defense to the Cross-Complaint, and to the purported causes of action set forth therein, Plaintiff and Cross-Defendant alleges that the Cross-Complaint fails to state facts sufficient to constitute a cause of action.

## SECOND AFFIRMATIVE DEFENSE
### (Estoppel)

2. As a separate and second affirmative defense to the Cross-Complaint and each purported cause of action contained therein, Plaintiff and Cross-Defendant alleges that Defendants and Cross-Complainants is barred in whole or in part from prosecuting the purported causes of action set forth in the Cross-Complaint by the doctrine of estoppel.

## THIRD AFFIRMATIVE DEFENSE
### (All Obligations Performed)

3. As a separate and third affirmative defense to the Cross-Complaint and each purported cause of action contained therein, Plaintiff and Cross-Defendant

alleges that Plaintiff and Cross-Defendant has fully and/or substantially performed any and all obligations it may have had to Defendants and Cross-Complainants.

## FOURTH AFFIRMATIVE DEFENSE
### (Lack of Deception)

4. As a separate and fourth affirmative defense to the Cross-Complaint and each purported cause of action contained therein, Plaintiff and Cross-Defendant alleges that the actions taken by it were not deceptive.

## FIFTH AFFIRMATIVE DEFENSE
### (Lack of Standing)

5. As a separate and fifth affirmative defense to the Cross-Complaint and each purported cause of action contained therein, Plaintiff and Cross-Defendant alleges that Defendants and Cross-Complainants lacks standing to prosecute the purported claims set forth in the Cross-Complaint.

## SIXTH AFFIRMATIVE DEFENSE
### (Compliance with the Law)

6. As a separate and sixth affirmative defense to the Cross-Complaint and each purported cause of action contained therein, Plaintiff and Cross-Defendant alleges that the actions taken by Plaintiff and Cross-Defendant were in full compliance with the law.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WHEREFORE, Plaintiff and Cross-Defendant prays for relief as follows:

1. That the Cross-Complaint be dismissed, with prejudice and in its entirety;

2. That Defendants and Cross-Complainants take nothing by reason of this Cross-Complaint and that judgment be entered against Defendants and Cross-Complainants and in favor of Plaintiff and Cross-Defendant;

3. That Plaintiff and Cross-Defendant be awarded his attorneys' fees and costs incurred in defending this action;

4. That Plaintiff and Cross-Defendant be granted such other and further relief as the Court may deem just and proper.

DATED: November 1 , 2024        HALL GRIFFIN LLP

By:   /s/ Jeremy T. Katz
      Jeremy T. Katz
      Eric V. Anderton
      Attorneys for BYRON BELIN